UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                                    Plaintiff,<br><br>               -against-<br><br>BRAYAN OLIVEROS-CHERO and SANDRO OLIVEROS-CHERO,<br><br>                                    Defendants. | 25-cr-114 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties are hereby ORDERED to appear for an arraignment and pretrial conference with the Court on Wednesday, March 26, 2025, at 10:30 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: March 24, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                    United States District Judge